UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

CASE NO. 1:16-cv-23828

DANIEL FOSTER,

    Plaintiff,

v.

JORDAN & SKALA ENGINEERS, INC.,

    Defendant.

_____

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
(INJUNCTIVE RELIEF DEMANDED)

Plaintiff, DANIEL FOSTER, by and through undersigned counsel, brings this Complaint against Defendant, JORDAN & SKALA ENGINEERS, INC., for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff DANIEL FOSTER ("Foster") brings this action for violations of Foster's exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Foster's original copyrighted works of authorship in his photographs.

2. Foster is a professional architectural photographer who resides in Berlin, Germany. Foster creates highly unique abstract architecture photographs that focus on lines and geometry that isolate architectural elements such as geometric patterns or subsections of building with the result that the original structure and location are often unidentifiable in the final work. Foster's photographs force the viewer to examine buildings and structure from radically different perspectives by emphasizing striking lines and geometry at the focal point.

3. Foster's work has been featured on the website of National Geographic, the World Wildlife Fund, and Smithsonian magazine. Foster is a member of the Royal Photographic Society and his works have been featured 18 times in the highly-coveted "Explore" section of Flickr.com. This section displays a limited number of the site's best photos each day.

4. Defendant JORDAN & SKALA ENGINEERS, INC. is a construction engineering firm.

5. Foster alleges that Defendant copied Foster's copyrighted work from the internet in order to advertise, market and promote its business activities. Defendant copied Foster's copyrighted photograph from the internet without Foster's permission. Defendant distributed Foster's copyrighted photograph also without Foster's permission, on Twitter, LinkedIn and Facebook. Defendant committed the violations alleged in connection with Defendant's business for purposes of advertising and promoting its services to the public in the course and scope of its business.

## JURISDICTION AND VENUE

6. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

7. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

8. Defendant is subject to personal jurisdiction in Florida because the Defendant does business in Florida, Defendant is authorized to do business in Florida by the Florida Division of Corporations, and the Defendant is licensed in Florida by the Florida Department of Business and Professional Regulation.

9. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

## DEFENDANT

10. JORDAN & SKALA ENGINEERS, INC. ("J&S") is a Georgia corporation licensed to do business in Florida with a principal place of business at 4275 Shackleford Road, Suite 200, Norcross, GA 30093.  The company may be served by serving registered agent Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301.

## THE COPYRIGHTED WORK AT ISSUE

11. In 2012, Foster created a photograph entitled "New York Abstract Architecture" (the "Work") in the financial district in New York City that captures the skyline above from below looking up with careful attention paid to the passing clouds. The combination of the buildings with a focus on the sky wedged between them makes the image especially unique and valuable commercially and aesthetically. Foster deliberately converted the image from color to grayscale since his research revealed very few black and white images of the New York City financial district Wall Street available for licensing. The Work is shown below.



3

12. After he created the Work he posted the Work on Flickr at https://www.flickr.com/photos/danielfoster/8432125960/ under a Creative Commons Attribution-NonCommercial-ShareAlike 2.0 Generic (CC BY-NC-SA 2.0) license.

13. Foster registered the Work with the Register of Copyrights on March 18, 2013 and was assigned the registration number VA 1-879-851. The Certificate of Registration is attached hereto as Exhibit 1.

14. At all relevant times Foster was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY DEFENDANT

15. The Defendant has never been licensed to use the Work at issue in this action for any purpose.

16. On a date after the Work at issue in this action was created, but prior to the filing of this action, Defendant copied the Work.

17. Defendant copied Foster's copyrighted Work without Foster's permission.

18. After Defendant copied the Work, they made further copies and distributed the Work on the internet and on Twitter to promote the sale of engineering services as part of their business.

19. Defendant copied and distributed Foster's copyrighted Work in connection with Defendant's engineering business for purposes of advertising and promoting Defendant' engineering business, and in the course and scope of advertising and selling engineering services.

20. Foster's works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

21. Defendant committed copyright infringement of the Work as evidenced by the Twitter messages and Facebook and LinkedIn posts shown in Exhibit 2.

22. Foster never gave Defendant permission or authority to copy, distribute or display the Work at issue in this case.

23. When they copied and displayed the Work at issue in this case, Defendant did so for commercial purposes without attribution in violation of the CC BY-NC-SA 2.0 license agreement.

24. Plaintiff has engaged the undersigned attorneys and has agreed to pay them a reasonable fee.

## COUNT I
## COPYRIGHT INFRINGEMENT

25. Plaintiff Foster incorporates the allegations of paragraphs 1 through 24 of this complaint as if fully set forth herein.

26. Foster owns a valid copyright in the Work at issue in this case.

27. Foster registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

28. Defendant copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Foster's authorization in violation of 17 U.S.C. § 501.

29. Defendant performed the acts alleged in the course and scope of its business providing engineering services.

30. Foster has been damaged.

31. The harm caused to Foster has been irreparable.

WHEREFORE, the Plaintiff Foster prays for judgment against the Defendant that:

a. Defendant and their officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. Defendant be required to pay Plaintiff his actual damages and Defendant's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

c. Plaintiff be awarded its attorneys' fees and costs of suit under the applicable statutes sued upon; and

d. Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: September 6, 2016            Respectfully submitted,

  /s/ Joel B. Rothman
JOEL B. ROTHMAN
Florida Bar Number:  98220
joel.rothman@sriplaw.com
JEROLD I. SCHNEIDER
Florida Bar Number:  26975
Jerold.schneider@sriplaw.com
KEVIN E. CUDLIPP
Florida Bar Number:  112433
Kevin.cudlipp@sriplaw.com

**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 North Federal Highway
Boca Raton, FL  33431
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Attorneys for Plaintiff Daniel Foster*